UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARMAINE DAVIS,<br><br>                        Plaintiff,<br><br>against<br><br>CITY OF NEW YORK, et al.,<br><br>                        Defendants. | CIVIL ACTION NO.: 19 Civ.2611 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

This matter has been referred to the undersigned for settlement. (ECF No. 22). The parties are directed to file a joint status report by **Wednesday, November 20, 2019**, stating whether, at this time, they want to schedule a Settlement Conference before the undersigned. If they would like to schedule a Settlement Conference, their status report should include available dates on Tuesdays, Wednesdays, and Thursdays for a three-hour block beginning at 10:00 am or 2:00 pm.

Dated:     New York, New York
             November 13, 2019

                                                    SO ORDERED

                                                      _____
                                                      SARAH L. CAVE
                                                      **United States Magistrate Judge**